UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANNY T. BRADLEY, | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-1127- SEB-DKL |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 23 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds that said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's application for disability insurance benefits ("DIB") and supplemental security income ("SSI") disability benefits is AFFIRMED.

Date:

    IT IS SO ORDERED.

_signature: Sarah Evans Barker_

Date: 09/23/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com